IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 145

| | |
|---|---|
| ANGELA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 6) filed by Robert H. Jessup. The Motion indicates that Mr. Jessup, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Amy D. Boggs, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Amy D. Boggs to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 23, 2019

W. Carleton Metcalf
United States Magistrate Judge